**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2091**

_____

STEPHANNIE JAVAGE,

Plaintiff - Appellant,

v.

GENERAL MOTORS LLC, a Foreign Corporation,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. Gina M. Groh, Chief District Judge. (3:17-cv-00082-GMG)

_____

Submitted: August 23, 2018                                      Decided: September 7, 2018

_____

Before WYNN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven Brett Offutt, LAW OFFICE OF BRETT OFFUTT, Harpers Ferry, West Virginia, for Appellant. Christopher C. Spencer, Mark C. Shuford, SPENCER SHUFORD LLP, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephannie Javage appeals from the district court's order dismissing her complaint for failure to establish that the court had personal jurisdiction over General Motors LLC. We have reviewed the record provided on appeal and the arguments of the parties, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Javage v. General Motors LLC*, No. 3:17-cv-00082-GMG (N.D.W. Va. Aug. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*